**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

David W. Panich
Denise M. Panich

          Debtor(s)

_____ /

**CHAPTER** 7

**CASE NO.** 10-58597-SWR

**JUDGE** STEVEN W. RHODES

### DEBTOR'S OBJECTION TO THE PROOF OF CLAIM #5 OF ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. (ART VAN) IN THE AMOUNT OF $3,057.10

NOW COMES Debtor(s), by and through attorney Kevin F. Carr of CARR & ASSOCIATES and for the objection states as follows:

1. The Proof of Claim #5 of ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. (ART VAN) was filed on January 8, 2014 in the amount of $3,057.10.

2. The deadline to file a Proof of Claim in this matter expired on November 25, 2013 and therefore should be disallowed.

3. Attached as Exhibit A is the proposed Order Granting Debtors Objection to the Proof of Claim #5 of ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. (ART VAN) in the amount of $3,057.10.

WHEREFORE, Debtors pray that this Honorable Court disallow the unsecured Proof of Claim #5 of ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. (ART VAN) in the amount of $3,057.10 and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made on this claim.

Dated: 3 February 2014

                                                                            */s/ Kevin F. Carr*
                                                                           CARR & ASSOCIATES
                                                                           Kevin F. Carr (P-31932)

Prepared by:
CARR & ASSOCIATES
Kevin F. Carr (P-31932)
Katherine E. Carr (P-73070)
18 First Street
Mt. Clemens, Michigan  48043
(586) 465-0914
fax: (586) 465-0916
carrsecretary@aol.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

David W. Panich
Denise M. Panich

               Debtor(s)
_____/

**CHAPTER** 7

**CASE NO.** 10-58597-SWR

**JUDGE** STEVEN W. RHODES

### ORDER GRANTING DEBTOR'S OBJECTION TO THE PROOF OF CLAIM #5 OF ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. (ART VAN)

    This matter having come for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing the thirty (30) day notice period pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

    **IT IS HEREBY ORDERED** that the objection to the proof of claim of the above referenced creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursement to such creditor, the Trustee shall not be obligated to recoup same.

    **IT IS FURTHER ORDERED** the claim shall be disallowed.

                                            EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

David W. Panich
Denise M. Panich

   Debtor(s)
_____/

**CHAPTER** 7

**CASE NO.** 10-58597-SWR

**JUDGE** STEVEN W. RHODES

**NOTICE OF OBJECTION TO CLAIM #5**

  The above Debtor has filed an objection to your claim in this bankruptcy case. **Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**
  If you do not want the court to deny or change your claim, then on or before 7 days prior to the date set for hearing in this matter, you or your lawyer must:
  1. File with the court a written response to the objection, explaining your position, at:*
    U.S. Bankruptcy Court
    211 W. Fort Street, Ste. 2100
    Detroit, MI 48226
  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.
  You must also mail a copy to:

    Chapter 13 Trustee
    444 W. Willis St., Ste. 101
    Detroit, MI 48201

    CARR & ASSOCIATES
    18 First Street
    Mt. Clemens, Michigan 48043

  2. Attend the hearing on the objection, scheduled to be held on **MARCH 19, 2014** at **9:00 a.m. in Courtroom 1925,** United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Dated: 3 February 2014       */s/ Kevin F. Carr*
              CARR & ASSOCIATES
              Kevin F. Carr (P-31932)

*Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER** 7 |
| David W. Panich | |
| Denise M. Panich | **CASE NO.** 10-58597-SWR |
| **Debtor(s)** | **JUDGE** STEVEN W. RHODES |
| _____/ | |

**PROOF OF SERVICE**

The undersigned being sworn, deposes and says that on Monday, February 3, 2014, a copy of Debtor's Objection and Notice of Objection to Claim #5 was served in said case upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

**TRUSTEE:** Wendy Turner Lewis, 444 W. Willis St., Ste. 101, Detroit, MI 48201

**CREDITOR:** ECAST SETTLEMENT CORP. C/O Bass & Associates, PC, 3936 E. Ft. Lowell Road, Ste. 200, Tucson, AZ 85712

**DEBTORS:** Mr. & Mrs. David W. Panich, 50770 Fairchild Road, Chesterfield, Michigan 48051-2470

3 FEBRUARY 2014

                       /S/ CHERYL L. FOGG
                       Cheryl L. Fogg

Prepared by:
CARR & ASSOCIATES
Kevin F. Carr (P-31932)
18 First Street
Mt. Clemens, Michigan 48043
(586) 465-0914
fax: (586) 465-0916
carrsecretary@aol.com